IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JARAVIS TUBBS,

      Plaintiff,                       No. CIV S-06-0280 LKK GGH P

    vs.

SACRAMENTO COUNTY JAIL, et al.,

      Defendants.               FINDINGS AND RECOMMENDATIONS

                              /

        Plaintiff, a state prisoner proceeding pro se and in forma pauperis, seeks relief pursuant to 42 U.S.C. § 1983. By Order, filed April 11, 2006, certain defendants were dismissed from plaintiff's amended complaint with thirty days granted for plaintiff to file a second amended complaint. Plaintiff did not file a second amended complaint and the time for doing so having expired, the court, by concurrently filed order, has found some defendants named in the first amended complaint appropriate for service. The undersigned herein recommends dismissal of other defendants for the reasons set forth in the Order, filed on April 11, 2006.

        Accordingly, IT IS HEREBY RECOMMENDED that defendants Isenogle, Parker and Mendoza be dismissed from this action.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty

1

days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: 7/6/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
tubb0280.fr