IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JARAVIS TUBBS,

    Plaintiff,                     No. CIV S-06-0280 LKK GGH P

    vs.

SACRAMENTO COUNTY JAIL, et al.,

    Defendants.              ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se and in forma pauperis, seeks relief pursuant to 42 U.S.C. § 1983. By Order, filed April 11, 2006, certain defendants were dismissed from plaintiff's amended complaint with thirty days granted for plaintiff to file a second amended complaint. Plaintiff has not filed a second amended complaint and the time for doing so has expired; the court now proceeds to make a further order finding certain defendants named in the first amended complaint appropriate for service. By concurrently filed Findings and Recommendations, the court also recommends dismissal of several other defendants.

        The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

\\\\\

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants: Sacramento County Jail; Sacramento County Jail Medical Department; Sacramento County Jail Deputies: Vasquez; Kacalek; McMahon; Cherry; Miller; Shelly.

2. The Clerk of the Court shall send plaintiff eight (8) USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed March 24, 2006.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 1 above; and

    d. Nine (9) copies of the endorsed amended complaint filed March 24, 2006.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED:  7/6/06

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

GGH:009
tubb0280.1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JARAVIS TUBBS,

      Plaintiff,                  No. CIV S-06-0280 LKK GGH P

      vs.

SACRAMENTO COUNTY JAIL, et al.,        NOTICE OF SUBMISSION

      Defendants.                   OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      __1__      completed summons form

      __8__      completed USM-285 forms

      __9__      copies of the March 24, 2006 Amended Complaint

DATED:

_____
Plaintiff