IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JARAVIS TUBBS,

        Plaintiff,                     No. CIV S-06-0280 LKK GGH P

    vs.

SACRAMENTO COUNTY JAIL, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

        By an order filed July 7, 2006, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on the defendants. On August 1, 2006, plaintiff submitted the USM-285 forms but failed to file the nine copies of the amended complaint filed March 24, 2006.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to return the copy of the amended complaint submitted by plaintiff on March 24, 2006; and

/////

/////

1

1      2. Within thirty days, plaintiff shall submit to the court the nine copies of the amended complaint filed March 24, 2006 required to effect service. Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

DATED: 8/8/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
tubb0280.8f

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JARAVIS TUBBS,

    Plaintiff,                       No. CIV S-06-0280 LKK GGH P

    vs.

SACRAMENTO COUNTY JAIL, et al.,     NOTICE OF SUBMISSION

    Defendants.                  OF DOCUMENTS

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    ____    completed summons form

    ____    completed USM-285 forms

    _9_    copies of the March 24, 2006
                        Amended Complaint

DATED:

                                                      _____
                                                      Plaintiff