IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JARAVIS TUBBS,

      Plaintiff,                    No. CIV S-06-0280 LKK GGH P

   vs.

SACRAMENTO COUNTY JAIL, et al.,

      Defendants.          <u>ORDER</u>

_____/

      Plaintiff, a state prisoner who seeks relief pursuant to 42 U.S.C. § 1983, is now proceeding with appointed counsel.

      Accordingly IT IS HEREBY ORDERED that:

      1. The status conference set for March 29, 2007, before the undersigned is hereby VACATED.  Counsel are directed instead to appear at a status conference HEREIN SET before the Honorable Lawrence K. Karlton on April 30, 2007, at 3:00 p.m.   The parties through counsel shall file with the court and serve upon all other parties ten (10) days preceding the conference, a Status Report.

      2. The Status Report shall briefly set out the views of the party making the report on the following matters:

      (a) Name(s) of the parties counsel represents;

1

1         (b) Jurisdiction and Venue;

2         (c) A brief summary of the facts alleged in the amended complaint and
3 characterization of the legal theories under which recovery is sought or liability denied. The
4 characterization of the legal theories does not require legal argument, but only a description of
5 the legal theory (or theories);

6         (d) Progress in the service of process;

7         (e) Possible joinder of additional parties;

8         (f) Any expected or desired amendment of pleadings;

9         (g) Specifying the statutory basis for jurisdiction and venue;

10         (h) Anticipated motions and the scheduling thereof;

11         (i) Anticipated discovery and the scheduling thereof;  In this regard, the parties
12 shall discuss whether deferral of discovery pursuant to Fed. R. Civ. 26(d) is appropriate, any
13 order affecting discovery pursuant to Fed R. Civ. P. 26 and 29-37 is desired, and whether a
14 discovery conference under Fed. R. Civ. P. 26(f) should be held;

15         (j) Future proceedings, including setting appropriate cut-off dates for discovery,
16 law and motion, and the scheduling of the pretrial conference and trial;

17         (k) Appropriateness of special procedures such as agreement to try the matter
18 before a magistrate judge pursuant to 28 U.S.C. § 636(c);

19         (l) Whether any of the parties has timely demanded a trial by jury;

20         (m) Estimate of trial time;

21         (n) Modification of standard pretrial procedures specified by the local rules due to
22 the relative simplicity or complexity of the action;

23         (o) Whether the case is related to any other case;

24         (p) Whether counsel will stipulate to the trial judge acting as settlement judge and
25 waive any disqualification by virtue thereof, or whether the parties prefer to have a settlement
26 conference before another judge;

(q) The report of the parties concerning use of the Voluntary Dispute Resolution Program pursuant to Local Rule 16-271;

(r) Any other matters which may be conducive to the just, efficient, and economical determination of the action.  Following the status (Pretrial Scheduling) Conference, the court will issue a written order regarding the future course of this litigation.

3. Requests for continuance of Status Conferences are not favored and will not be granted in the absence of a true emergency and, in any event, will not be entertained unless made in writing at least THREE (3) DAYS prior to the scheduled conference.

4. At the time of filing a motion, opposition, or reply, counsel are directed to email a copy in word processing format to lkk-pleadings@caed.uscourts.gov. Concurrent with filing any proposed orders in the court's CM/ECF filing system, counsel are directed to forward a copy in word processing format to lkkorders@caed.uscourts.gov.

5. Counsel are hereby reminded of their continuing duty to immediately notify the courtroom deputy at (916) 930-4133 and Judge Karlton's Chambers in writing, of any settlement or other disposition (Local Rule 16-260).

DATED: 3/28/07                                               /s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
tubb0280.stc