UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAVARIS MARQUEZ TUBBS,

        Plaintiff,

    v.

SACRAMENTO COUNTY JAIL, et al

        Defendants.

_____/

NO. CIV. S-06-280 LKK/GGH

O R D E R

    A status conference was held in chambers on April 30, 2007. After hearing, the court orders as follows:

    1.   Plaintiff shall file an amended complaint no later than June 11, 2007.

    2.   A further status conference is set for July 30, 2007 at 1:30 p.m.

    3.   The referral of discovery to the magistrate judge remains in effect.  All law and motion practice shall be set for hearing before the undersigned.  The parties shall refer to the case in future filings as "No. Civ. S-06-280 LKK/GGH" dropping the "P"

1

1          designation at the end.

2     IT IS SO ORDERED.

3     DATED:  May 3, 2007.

4

5

6                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
7                              UNITED STATES DISTRICT COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26