KING HALL CIVIL RIGHTS CLINIC
CARTER C. WHITE, CSB #165149
U.C. Davis School of Law
One Shields Avenue, Bldg. TB-30
Davis, CA  95616-8821
(530) 752-5440
Fax (530) 752-5788
ccwhite@ucdavis.edu

Attorney for Plaintiff
JAVARIS MARQUEZ TUBBS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JAVARIS MARQUEZ TUBBS, | ) | NO. 3:06-280 LKK/GGH |
|---|---|---|
| Plaintiff, | ) | **ORDER ON** |
| | ) | **PLAINTIFF'S EX PARTE REQUEST** |
| vs. | ) | **FOR EXTENSION OF TIME** |
| SACRAMENTO COUNTY, et al., | ) | |
| Defendants. | ) | |

On this day came on before the court the Plaintiff's Ex Parte Request for Extension of Time to file Second Amended Complaint.  Good cause appearing, it is hereby

ORDERED, that Plaintiff's request is approved and the deadline for filing the Second Amended Complaint is hereby extended until June 14, 2007.

Dated this 15th  day of June, 2007.

```
                    /s/ Lawrence K. Karlton
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT
```