RANDOLPH, CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, State Bar No. 203051
1030 G Street
Sacramento, California 95814
Telephone:  (916) 443-4443
Facsimile:    (916) 443-2124

Attorneys for Defendants
SACRAMENTO COUNTY JAIL; SACRAMENTO COUNTY JAIL MEDICAL DEPARTMENT; DEPUTY MARK CHERRY; DEPUTY PHILLIP SHELLY; DEPUTY RYAN KACALEK; DEPUTY SONNY VASQUEZ; DEPUTY ELIZABETH MILLER; DEPUTY JOSEPH McMAHON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVARIS TUBBS,<br><br>              Plaintiff,<br><br>     vs.<br><br>SACRAMENTO COUNTY JAIL, et al.,<br><br>              Defendants.<br>_____/ | No. 2:06 CV 00280 LKK GGH<br><br>**STIPULATION RE RESPONSE TO SECOND AMENDED COMPLAINT AND ORDER THEREON** |

IT IS HEREBY STIPULATED by the parties through their attorneys of record as follows:

Defendants may have a two week extension of time to and including July 6, 2007 within which to respond to Plaintiff's Second Amended Complaint on behalf of the Defendants who have already appeared in the action and any additional Defendants who are ascertained to have been served by the date the response is due.

Dated:  June 21, 2007          KING HALL CIVIL RIGHTS CLINIC

/s/ Carter C. White
CARTER C. WHITE, SBN 164149
Attorneys for Plaintiff JAVARIS MARQUEZ TUBBS

1
STIPULATION RE RESPONSE TO AMENDED COMPLAINT AND ORDER THEREON

Dated: June 21, 2007        RANDOLPH CREGGER & CHALFANT LLP


 /s/ Robert L. Chalfant
ROBERT L. CHALFANT
Attorneys for Defendants SACRAMENTO COUNTY JAIL; SACRAMENTO COUNTY JAIL MEDICAL DEPARTMENT; DEPUTY MARK CHERRY; DEPUTY PHILLIP SHELLY; DEPUTY RYAN KACALEK; DEPUTY SONNY VASQUEZ; DEPUTY ELIZABETH MILLER; DEPUTY JOSEPH McMAHON

**ORDER**

        IT IS SO ORDERED.

Dated   June 22, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT


G:\DOCS\KAR\DKAR1\consent\stip re response to am complaint.wpd

**Randolph Cregger & Chalfant**

2
STIPULATION RE RESPONSE TO AMENDED COMPLAINT AND ORDER THEREON