KING HALL CIVIL RIGHTS CLINIC
CARTER C. WHITE SBN: 164149
U.C. Davis School of Law
One Shields Avenue, Bldg. TB-30
Davis, CA  95616-8821
Telephone: (530) 752-5440
Fax: (530) 752-5788
ccwhite@ucdavis.edu

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Javaris Tubbs, | ) | NO. 2:06-CV-00280-LKK-GGH-P |
| Plaintiff, | ) | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO SERVE RESPONSE TO DEFENDANTS' REQUEST FOR PRODUCTION OF DOCUMENTS, SET ONE (First Request)** |
| vs. | ) | |
| Sacramento County Jail, et al., | ) | |
| Defendants. | ) | |

    The parties, through their undersigned counsel of record, hereby stipulate and agree that the Plaintiff may have a fourteen day extension of time within which to respond to Defendants' Request for Documents Set One.  Plaintiff's response and objections shall now be due on September 19, 2007.  The current deadline is September 5, 2007.  No previous extensions of this deadline have been sought or granted.

    Plaintiff requests this additional time to prepare and serve the response due to counsel's work load including a recent jury trial, and the fact that counsel's office functions primarily through the work of certified law students, who only recently returned after the summer when the law school is not in session.

1

The parties respectfully request the Court enter this Stipulation as an Order of the Court.

Dated this 5th day of September, 2007.

**/S/ Carter C. White**

_____
Carter C. White
Attorney for Plaintiff

Dated this 5th day of September, 2007.

**/S/ Robert L. Chalfant**

_____
Robert L. Chalfant
Attorney for Defendants

IT IS SO ORDERED:

DATED: 9/6/07

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

tubb0280.stp