UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAVARIS MARQUEZ TUBBS,

        Plaintiff,

   v.

SACRAMENTO COUNTY JAIL, et al

        Defendants.
_____/

NO. CIV. S-06-280 LKK/GGH

O R D E R

    Pending before the court is defendants' Motion for Summary Judgment, set to be heard on July 25, 2008. Pursuant to the local rules, the plaintiff was required to file and serve his opposition or statement of non-opposition to the summary judgment motion by July 11, 2008. The plaintiff has not done so.

    Accordingly, the court orders as follows:

1. Plaintiff is hereby ORDERED TO SHOW CAUSE in writing by August 4, 2008 why sanctions should not issue in the above-captioned case in the amount of One Hundred Fifty Dollars ($150), as permitted by Local Rule 11-110, for the failure to file a timely opposition or statement of

1

non-opposition;
2. Plaintiff must file and serve his opposition or statement of non-opposition to the pending Motion for Summary Judgment no later than July 23, 2008 at 5:00 PM;
3. Defendants' reply, if any, must be filed on or before July 30, 2008.
4. The hearing is CONTINUED to August 11, 2008 at 10:00 AM.

IT IS SO ORDERED.

DATED: July 21, 2008.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT