UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAVARIS MARQUEZ TUBBS,

          NO. CIV. S-06-280 LKK/GGH

    Plaintiff,

  v.

          O R D E R

SACRAMENTO COUNTY JAIL, et al

    Defendants.
_____/

    On July 21, 2008, the court ordered counsel for plaintiff to show cause why sanctions should not be imposed for his failure to file a timely opposition to defendants' motion for summary judgment or statement of non-opposition. Counsel responded to the order to show cause on August 2, 2008.

    No good cause shown, the court hereby ORDERS that counsel for plaintiff is SANCTIONED in the amount of one hundred and fifty ($150.00) dollars. This sum shall be paid to the Clerk of the Court no later than thirty (30) days from the date of this order. Counsel shall file an affidavit accompanying the payment of this sanction which states that it is paid personally by counsel, out of personal

1

1 funds, and is not and will not be billed, directly or indirectly,
2 to the client or in any way made the responsibility of the client
3 as attorneys' fees or costs.
4     IT IS SO ORDERED.
5     DATED: August 7, 2008.

```
                            /s/ Lawrence K. Karlton
                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT
```

2