UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAVARIS MARQUEZ TUBBS,

        Plaintiff,

    v.

SACRAMENTO COUNTY JAIL, et al

        Defendants.
                           /

NO. CIV. S-06-280 LKK/GGH

O R D E R

Pending before the court is defendants' motion for reconsideration of the court's August 13, 2008 order granting in part and denying in part defendants' motion for summary judgment. The court does not find oral argument necessary in this matter. Accordingly, the hearing currently set for October 6, 2008 is VACATED.

    IT IS SO ORDERED.

    DATED: September 26, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1