UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAVARIS MARQUEZ TUBBS,

          Plaintiff,

    v.

SACRAMENTO COUNTY JAIL, et al

          Defendants.
_____/

NO. CIV. S-06-280 LKK/GGH

O R D E R

The court and parties held a telephone conference on January 9, 2009, to discuss witness Sgt. Rex Parker's availability to testify at trial. As discussed in that conference, the court ORDERS that:

1)   Sgt. Parker is unavailable to testify at trial, within the meaning of Fed. R. Evid. 804(a)(4).

2)   The parties shall depose Sgt. Parker.

3)   The deposition shall be videotaped.

4)   The parties shall split the costs associated with the deposition.

////

1

IT IS SO ORDERED.

DATED: January 12, 2009.

                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT