**FILED**

JAN 2 8 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAVARIS MARQUEZ TUBBS,

NO. CIV. S-06-280 LKK/GGH

       Plaintiff,

    v.

V E R D I C T

SACRAMENTO COUNTY JAIL,
et al.,

       Defendants.

_____/

We, the jury in the above-entitled action, find as follows:

1. Did any of the following defendants use unreasonable force that caused harm to plaintiff Javaris Tubbs?

Deputy Mark Cherry    Yes____    No__X__

Deputy Ryan Kacalek    Yes____    No__X__

Deputy Sonny Vasquez    Yes__X__    No____

If your answer to question 1 is no as to all individual defendants, stop here, answer no further questions, and have the presiding juror sign and date this form.  If your answer is yes as to one or more individual defendants, then proceed to the remaining questions.

1

1      2. Did any of the following defendants act as an integral
2  participant in the use of unreasonable force?

3          Deputy Mark Cherry          Yes X       No____
4          Deputy Ryan Kacalek         Yes X       No____
5          Deputy Sonny Vasquez        Yes X       No____
6          Deputy Jason Miller         Yes____     No X
7          Sergeant Brian Isenogle     Yes X       No____
8          Sergeant Rex Parker         Yes____     No X

9

10         3. Are any of the following defendants liable for the actions of
11  their subordinates?

12         Sergeant Brian Isenogle    Yes____    No X
13         Sergeant Rex Parker        Yes____    No X

14

15         4. Are defendants County of Sacramento, Lou Blanas, or Mark
16  Iwasa liable for having a longstanding practice or custom that lead
17  to deprivation of plaintiff's constitutional rights?

18         Lou Blanas              Yes____    No X
19         Mark Iwasa              Yes____    No X
20         County of Sacramento Yes____    No X

21

22         5. What sum of money would reasonably compensate plaintiff for
23  the harm you find was legally caused by defendants?
24         $_____

25  ////
26  ////

2

1      6. Was the conduct of any of the following defendants malicious,

2   oppressive, or in reckless disregard of the plaintiff's rights?

3          Deputy Mark Cherry          Yes___      No X

4          Deputy Ryan Kacalek         Yes___      No X

5          Deputy Sonny Vasquez        Yes X       No___

6          Deputy Jason Miller         Yes___      No X

7          Sergeant Brian Isenogle     Yes___      No X

8          Sergeant Rex Parker         Yes___      No X

9      If you answer yes to question 6 for one or more defendants,

10   please answer the next question for those defendants only.

11

12     7. What sum of money as punitive damages is plaintiff entitled

13   to recover from each of the following named defendants?

14         Deputy Mark Cherry          $_____Ø_____

15         Deputy Ryan Kacalek         $_____Ø_____

16         Deputy Sonny Vasquez        $___$250____

17         Deputy Jason Miller         $_____Ø_____

18         Sergeant Brian Isenogle     $_____Ø_____

19         Sergeant Rex Parker         $_____Ø_____

20

21   DATED:   1-28-09                    _Lynda Lewis_____
                                        FOREPERSON

22

23

24

25

26

3