UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAVARIS MARQUEZ TUBBS,

        Plaintiff,

    v.

SACRAMENTO COUNTY JAIL, et al

        Defendants.
_____/

NO. CIV. S-06-280 LKK/GGH

O R D E R

    Pending before the court is defendants' motion for judgment as a matter of law, set to be heard on March 23, 2009. Plaintiff has filed a purported stipulation to continue the hearing, although the document has not been signed by defense counsel. The court has since confirmed that defense counsel agrees with the stipulation.

    Accordingly, the hearing is CONTINUED to April 6, 2009 at 10:00 am. Oppositions or statements of non-opposition and replies, if any, shall correspond to the new hearing date.

    IT IS SO ORDERED.

    DATED: March 12, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1