UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAVARIS MARQUEZ TUBBS,

        Plaintiff,

    v.

SACRAMENTO COUNTY JAIL, et al

        Defendants.
_____/

NO. CIV. S-06-280 LKK/GGH

O R D E R

Pending before the court is defendants' motion for judgment as a matter of law and plaintiff's motion for attorney's fees, set to be heard on April 6, 2009. The court does not believe that argument would be helpful in these matters and VACATES the hearing.

IT IS SO ORDERED.

DATED: March 26, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1