UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAVARIS MARQUEZ TUBBS,

        Plaintiff,

    v.

SACRAMENTO COUNTY JAIL, et al

        Defendants.
_____/

NO. CIV. S-06-280 LKK/GGH

O R D E R

    Pending before the court is defendants' motion for judgment as a matter of law (Doc. No. 155). Upon consideration of the papers filed by the parties, the motion is DENIED.

    Plaintiff has also moved for attorneys' fees, which defendant does not oppose. Plaintiff's motion for attorneys' fees (Doc. No. 158) is GRANTED.

    IT IS SO ORDERED.

    DATED:  April 2, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1